ALEXANDER BROWN, Respondent, **v.** LEONARDO VIDAL, Appellant.

(Recorded as NEWLAND v. KEAN.)

No. 897; January 28, 1856.

**Dismissal of Action—Presumption.—In the Absence of Any Showing** to the contrary, the reason had by the trial court for dismissing an action must be presumed good and legal.

APPEAL from Fourth Judicial District, San Francisco County.

H. S. Love for respondent; J. B. Hart for appellant.

HEYDENFELDT, J.—There is no statement or bill of exceptions. None of the papers which appear in the transcript have any such verity as can make them portions of the record. There is left only the declaration, the answer and the judgment of dismissal.

All intendments must be in favor of sustaining the action of the district court, and although no reason appears for the dismissal of the action, it must be presumed there was a good legal one, in the absence of anything to show the contrary.

Judgment affirmed.

I concur: Terry, J.